U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
7/16/2010
Hon. Dale L. Somers, Presiding

**09:30 AM\*\*NO HEARING HELD\*\***

_____

Case Information:
    10-06009 Electrical Workers Fringe Benefit Funds of Local Union No. 58 IBEW
    vs. Douglas Wayne Wood and Amanda Lee Wood

    Leadcase: 09-23129-7 In Re: Douglas Wayne Wood and Amanda Lee Wood

Judge: DLS    Filed: 02/01/2010    Pln Confirmed:

_____

Appearances:
    Craig E Zucker, Paul E. Torlina representing Electrical Workers' Fringe Benefit
    Funds of Local Union No. 58, IBEW (Plaintiff)
    Jeannie M. Bobrink representing Douglas Wayne Wood (Defendant)
    Jeannie M. Bobrink representing Amanda Lee Wood (Defendant)

_____

Issue(s):

Motion to Extend Time Time to to File Answer to Adversary Complaint Filed by Defendants Amanda Lee Wood, Douglas Wayne Wood (Bobrink, Jeannie) (Entered: 03/08/2010) **[Doc#10]**

Motion to Extend time to File a response to April 22, 2010 Time to File Response to 727 Complaint Filed by Defendants Amanda Lee Wood, Douglas Wayne Wood (Bobrink, Jeannie) (Entered: 04/08/2010) **[Doc#11]**

Response to (related document(s): 11 Motion to Extend time to File a response to April 22, 2010 Time to File Response to 727 Complaint filed by Defendant Douglas Wayne Wood, Defendant Amanda Lee Wood) Filed by Plaintiff Electrical Workers' Fringe Benefit Funds of Local Union No. 58, IBEW (Attachments: # 1 Exhibit "A") (Torlina, Paul) (Entered: 05/21/2010) **[Doc#12]**

_____

Notes/Decision:

**\*\*Plaintiff will withdraw objection (Doc#12); defendants' attorney to submit orders on both motions to extend time - Doc#10 and #11)\*\***

_____

Courtroom Deputy: Susan A. Franklin
Court Reporter/ECRO: Kathy Sellin, John M. Bowen & Associates