UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

In re:

DOUGLAS WAYNE WOOD and AMANDA LEE WOOD,

    Debtors.

Case No. 09-23129
Chapter 7

ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION #58, IBEW, ELECTRICAL WORKERS' JOINT BOARD OF TRUSTEES VACATION FUND, ELECTRICAL WORKERS' INSURANCE FUND, SUPPLE-MENTAL UNEMPLOYMENT BENEFIT FUND OF THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN, IBEW LOCAL NO. 58 ANNUITY FUND; JOINT APPRENTICESHIP TRAINING TRUST FUND; NECA-IBEW LOCAL LABOR-MANAGEMENT COOPERATION FUND; and NATIONAL ELECTRICAL BENEFIT FUND (collectively, "Electrical Workers' Fringe Benefit Funds of Local Union No. 58, IBEW" and "Plaintiffs"),

    Plaintiffs,

v

DOUGLAS WAYNE WOOD and AMANDA LEE WOOD, jointly and severally,

    Defendants.

Adv. Pro. No. 10-06009

# Report of Parties' Planning Meeting

1. Pursuant to Fed. R. Civ. P. 26(f), a Parties Planning Meeting was held on August 18, 2010 and was attended by:

| | Name | Address and Phone | Party represented |
|---|---|---|---|
| a. | Paul E. Torlina | 1125 Grand, Suite 1600 KCMO 816-421-5788 | Adv. Plaintiffs |
| b. | Jeannie M. Bobrink | P.O. Box 11156 KCMO 816-842-7755 | Debtors |

2. Nature of Complaint or Matter: Adversary proceeding objecting to discharge.

3. Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) on or before September 30, 2010.

4. All pretrial discovery will be commenced in time to be completed by December 1, 2010.

5. The parties do not anticipate the use of retained experts at this time.

6. Adversarial Plaintiffs shall prepare and submit a Pretrial Order not later than February 1, 2011. Final lists of witnesses and exhibits under Fed. R.Civ. P.26(a)(3) shall be due from both parties by the same date and shall be submitted with the Pretrial Order.

7. All dispositive motions shall be filed by February 15, 2011.

8. Settlement cannot be evaluated prior to December 1, 2010.

9. Do the parties believe Alternative Dispute Resolution might be helpful? No

10. This case can be ready for trial not later than March 1, 2011 and is expected to take 1 day to try.

11. Special issues: Adversarial Plaintiffs seek production of certain documents from Debtor(s) in order to settle this matter.

12. The Court is often able to cancel the Scheduling Conference, upon receipt of the Parties' Planning Meeting Report, if the parties are in consensus on the scheduling of the matter. Does any party request the Court conduct a Scheduling Conference in this case notwithstanding the submission of this Report?

a. The parties consent to canceling the Scheduling Conference.

Approval signatures of all counsel:

| | |
|---|---|
| ARNOLD, NEWBOLD, WINTER & JACKSON, P.C., | JEANNIE BOBRINK, |
| s/ Paul E. Torlina | /s/ Jeannie M. Bobrink |
| Paul E. Torlina, KS Bar No. 21464 | Jeannie M. Bobrink, KS Bar No. 14366 |
| Local Counsel for Electrical Workers' Fringe Benefit Funds of Local Union No. 58, IBEW | Counsel for Defendants |
| 1125 Grand Boulevard, Suite 1600 | P.O. Box 11156 |
| Kansas City, Missouri 64106-2503 | Kansas City, MO 64106 |
| (816) 421-5788 | (816) 842-7755 |
| petorlina@anwjj.com | jbobrinklawks@hotmail.com |